# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Board of Trustees of the Northern Illinois Benefit Fund, et al.<br>Plaintiff,<br>V.<br>Keystone Mechanical Industries, Inc., an Illinois Corporation<br>Defendants, | FILED: MAY 23, 2008<br>08CV3040 J. N.<br>JUDGE NORGLE<br>MAG. JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| PHILIP BRZOZOWSKI |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/Philip Brzozowski |  |
| FIRM<br><br>ARNOLD AND KADJAN |  |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. |  |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6288049 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐     NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑     NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐     NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐     NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |  |