## United States District Court for the Northern District of Illinois

Case Number: 08cv3040                    Assigned/Issued By: j. n.

Judge Name: norgle                       Designated Magistrate Judge: cole

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00

[ ] IFP        [ ] No Fee      [ ] Other _____

[ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                        Receipt #: 2803681

Date Payment Rec'd: 5/23/08             Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                             [ ] Alias Summons

[ ] Third Party Summons                 [ ] Lis Pendens

[ ] Non Wage Garnishment Summons        [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                        _____
[ ] Citation to Discover Assets         (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _5/27/08_ as to _defendant_
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05