## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3040 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Board of Trustees of the N. Ill. Benefit Fund, et al. vs. Keystone Mechanical Indus., Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs filed a Notice of Voluntary Dismissal of this action, with prejudice, pursuant to FED. R. CIV. P. 41 (a)(1)(i). The case is therefore dismissed with prejudice. IT IS SO ORDERED.

Notices mailed by Judicial staff.

FILED-FD
2008 JUN 17 AM 10: 26
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|