---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, | ) ) ) ) ) ) ) ) ) | No. 08 C 3040<br><br>Judge Norgle |
| Plaintiffs, | ) ) | Magistrate Judge Cole |
| v. | ) ) | |
| KEYSTONE MECHANICAL INDUSTRIES, INC., An Illinois Corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

**FILED**
JUN 12 2008
6-12-2008
JUDGE CHARLES R. NORGLE
U.S. District Court Judge

### NOTICE OF FILING

TO:  Keystone Mechanical Industries, Inc.
Yale Smith, President
310 Wainwright Drive
Northbrook, IL 60062

**PLEASE TAKE NOTICE** that on June 11, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Notice of Voluntary Dismissal for the Plaintiffs, Board of Trustees of the Northern Illinois Benefit Fund, et al., copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
et al.

By: s/ Philip Brzozowski
     One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008 I electronically filed the foregoing Notice of Filing and Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

      Keystone Mechanical Industries, Inc.
       Yale Smith, President
      310 Wainwright Drive
      Northbrook, IL 60062

              s/Philip Brzozowski
              ARNOLD AND KADJAN
              19 W. Jackson Blvd., Suite 300
              Chicago, IL 60604
              Telephone No.: (312) 236-0415
              Facsimile No.: (312) 341-0438
              Dated: June 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE MECHANICAL INDUSTRIES, INC., An Illinois Corporation, <br><br> Defendant. | No. 08 C 3040 <br><br> Judge Norgle <br><br> Magistrate Judge Cole |

**FILED**

JUN 12 2008

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by its attorneys, PHILIP BRZOZOWSKI, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss this case with prejudice.

In support thereof, Plaintiffs state:

1. This case was filed on May 23, 2008.

2. Defendant has not yet answered Plaintiff's Complaint.

3. Defendant not having answered, Plaintiff may voluntarily dismiss the case.

**WHEREFORE**, Plaintiffs give this notice, dismissing the case with prejudice.

Respectfully submitted,
BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
et al.

By   /s/ Philip Brzozowski
         One of its Attorneys

Donald D. Schwartz
Philip Brzozowski
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415